IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01648-BNB

PETER GEORGACARAKOS,

    Plaintiff,

v.

HARRELL WATTS,
DOCTOR BAXTER, and
HARLEY LAPPIN,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 16 2009

GREGORY C. LANGHAM
    CLERK

## ORDER TO CURE DEFICIENCY

Plaintiff is a prisoner in the custody of the United States Bureau of Prisons at the United States Penitentiary, Administrative Maximum, in Florence, Colorado. Plaintiff initiated this action by filing *pro se* in the United States District Court for the District of Columbia (District of Columbia) a "Complaint for Violation of Civil Rights." On June 30, 2009, the District of Columbia entered a minute order granting Plaintiff's motion to transfer the action to this court. The action was filed in this court on July 13, 2009.

As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that Plaintiff's complaint is deficient because it is not filed on the proper form approved for use by prisoners in this court. Plaintiff will be directed to cure this deficiency if he wishes to pursue his claims in this court in this action. Accordingly, it is

ORDERED that Plaintiff cure the deficiency identified in this order **within thirty (30) days from the date of this order**. It is

FURTHER ORDERED that the clerk of the court mail to Plaintiff, together with a

copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that if Plaintiff fails to cure the deficiency identified in this order within the time allowed, the action will be dismissed without further notice.

DATED at Denver, Colorado, this 16th day of July, 2009.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01648-BNB

Peter Georgacarakos
Reg. No. 03029-036
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint form** to the above-named individuals on 7/16/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk