IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01648-BNB

PETER GEORGACARAKOS,

    Plaintiff,

v.

HARRELL WATTS,
DOCTOR BAXTER, and
HARLEY LAPPIN,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 22 2009

GREGORY C. LANGHAM
                      CLERK

## ORDER OF DISMISSAL

Plaintiff Peter Georgacarakos is a prisoner in the custody of the United States Bureau of Prisons at the United States Penitentiary, Administrative Maximum, in Florence, Colorado. Mr. Georgacarakos initiated this action by filing *pro se* in the United States District Court for the District of Columbia (District of Columbia) a "Complaint for Violation of Civil Rights." On June 30, 2009, the District of Columbia entered a minute order granting a motion filed by Mr. Georgacarakos to transfer this action to the District of Colorado. The action was filed in the District of Colorado on July 13, 2009.

On July 16, 2009, Magistrate Judge Craig B. Shaffer ordered Mr. Georgacarakos to cure a deficiency if he wished to pursue his claims in this action. More specifically, Magistrate Judge Shaffer ordered Mr. Georgacarakos to file an amended pleading on the Court's Prisoner Complaint form as required by the Court's local rules. *See*

D.C.COLO.LCivR 8.2A. Mr. Georgacarakos was warned that the action would be dismissed without further notice if he failed to cure the deficiency within thirty days. On August 24, 2009, Magistrate Judge Boyd N. Boland entered a minute order granting Mr. Georgacarakos an extension of time until September 23, 2009, to cure the deficiency.

Mr. Georgacarakos has failed to cure the deficiency within the time allowed. Therefore, the complaint and the action will be dismissed without prejudice for failure to cure the deficiency. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure the deficiency.

DATED at Denver, Colorado, this 21 day of _____Oct_____, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01648-BNB

Peter Georgacarakos
Reg No. 03029-036
US Penitentiary ADX
P.O. Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/22/09

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk